## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| Steven Fishman, et al., | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | CV13-4729-MWF (JC) |
| v. | |
| Arcola Washington-Adduci, et al., | **ORDER TO SHOW CAUSE FOR FAILURE TO PAY SUBSEQUENT PARTIAL PAYMENTS OF FILING FEE** |
| DEFENDANT(S). | |

On _____July 26, 2013_____, plaintiff was permitted, pursuant to 28 U.S.C. § 1915, to file the above-referenced action without prepayment of the full filing fee of $ 350.00 _____, provided plaintiff paid to the Clerk of Court an initial partial payment and subsequent partial payments of the filing fee.

A balance of $324.20 _____ is still owed by plaintiff. Although the initial partial payment was paid:

☐ No subsequent partial payments have been forwarded to the Clerk of Court.
☑ The last payment forwarded to the Clerk of Court was received on _____November 18, 2013_____.

The plaintiff has not complied with 28 U.S.C. § 1915 (b)(2) and is hereby ordered to show cause why this action should not be dismissed without prejudice due to plaintiff's failure to pay the subsequent partial payments of the filing fee.

Plaintiff shall file a response to this Order to Show Cause specifically including a certified copy of plaintiff's prison trust account statement for the last sixty (60) days, no later than twenty-one (21) days from the date of this Order. Failure to file the certified documents within the time specified may lead to the dismissal without prejudice of this action.

_____1/2/14_____
Date

_____
United States Magistrate Judge